EVA HOFFMAN and BESSIE MANKES, Respondents, v. BARNET GREENBERG, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on Academy Street and First Avenue, etc., Borough of Queens, City of New York, etc., as a Site for School Purposes, etc.— Motion to direct payment of award denied upon proof submitted. Matter referred to an official referee to take proof, and to report to this court with all convenient speed, as to judgments docketed against Dewitt C. Peal, deceased, in the county of Queens prior to the 2d day of February, 1915; as to claims presented or proven against the estate of the said Dewitt C. Peal, deceased; as to the value of the life estate of Hazel Wilson Peal in the event that she does not waive her claim to dower; and as to any other question that may arise. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Undedicated Portion of Jersey Street, etc., in the First Ward, Borough of Richmond, City of New York.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of THE CITY OF YONKERS, Respondent, for the Acquisition for a Public Purpose of Lands of CHARLES E. SKINNER and Others, Appellants.— Motion for reargument denied. A consideration of the questions raised as grounds for reargument would not affect the result already reached. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

MILDRED KNAPP, Respondent, v. EDWARD KNAPP, Appellant.— Motion to dismiss appeal granted, without costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

AUGUST H. MILLER, Respondent, v. JOSEPH VOROBA, Appellant, and Another, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present— Young, Kapper, Hagarty, Seeger and Carswell, JJ.

MARIE MORRISON, Respondent, v. PHILIP T. COFFEY, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

MINNIE V. PITTS, Respondent, v. WILLIAM H. PITTS, Appellant, and Others, Defendants.— Motion to resettle order of May 6, 1927, granted upon condition that appellant pay to respondent the sum of twenty-five dollars within five days from the entry of the order of amendment; otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ. Order signed.

EDWARD C. QUIGG and ELIZA C. QUIGG, Appellants, v. GEORGE K. TREADWAY and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied as unnecessary, this court having modified the judgment appealed from. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.